IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                                               **PETITIONER**

v.                                      Case No. 4:20-cv-00133 KGB-JTR

**LAFAYETTE WOODS, Sheriff**
**Jefferson County, Arkansas**                                                                                **RESPONDENT**

## ORDER

Before the Court is a recommended disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 14). No objections have been filed, and the time for filing objections has passed. After a careful review, the Court concludes that the recommended disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). Accordingly, the Court dismisses without prejudice petitioner Terry Lamar McCoy's petition for writ of habeas corpus (Dkt. No. 2). The Court declines to issue a certificate of appealability.

It is so ordered this 26th day of January, 2021.

Kristine G. Baker
United States District Judge