IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERRY LAMAR MCCOY**                                                                 **PETITIONER**

v.                          Case No. 4:20-cv-00133 KGB-JTR

**LAFAYETTE WOODS, Sheriff**
**Jefferson County, Arkansas**                                                        **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner Terry Lamar McCoy's petition for writ of habeas corpus is dismissed without prejudice (Dkt. No. 2). A certificate of appealability is denied.

It is so adjudged this 26th day of January, 2021.

_____
Kristine G. Baker
United States District Judge